IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-5703 |
| | : | |
| JULES T. RODERICK | : | |

**FILED**

JAN 3 1 2017

KATE BARKMAN, Clerk
By _____ Dep. Clerk

### ORDER

**NOW**, this 31st day of January, 2017, upon consideration of the plaintiff's failure to serve the summons and the complaint, and to respond to the notice sent to counsel dated December 30, 2016, it is **ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m).

_____
TIMOTHY J. SAVAGE, J.